UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: DANIELS MARKETING CORP II § Case No. 17-05874
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 28, 2017. The undersigned trustee was appointed on February 28, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $     12,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,914.25 |
| Bank service fees | 84.21 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 10,001.54 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/10/2017 and the deadline for filing governmental claims was 08/28/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,950.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,950.00, for a total compensation of $1,950.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/07/2018          By: /s/THOMAS E. SPRINGER
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 17-05874  
**Case Name:** DANIELS MARKETING CORP II  

**Period Ending:** 12/07/18

**Trustee:** (330640) THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 02/28/17 (f)  
**§341(a) Meeting Date:** 03/27/17  
**Claims Bar Date:** 07/10/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at BANK NAME , xxxxxx | 1.00 | 0.00 | | 0.00 | FA |
| 2 | A/R 90 days old or less. Face amount = $3,000.00 | 3,000.00 | 0.00 | | 0.00 | FA |
| 3 | A/R Over 90 days old. Face amount = $301,997.00. Doubtful/Uncollectible accounts = $301,997.00. After Trustee investigation, $301,000 of total $304,000 A/R's (see asset #4 above) was a loan to shareholder, Jim and Susan Daniels, who filed a Chapter 7, case#17-05878. | 301,997.00 | 0.00 | | 0.00 | FA |
| 4 | Office furniture misc. | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Office fixtures misc. | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Computer & support | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Checking account American Community Bank (u) Listed on Amended Schedules | 92.52 | 0.00 | | 0.00 | FA |
| 8 | Checking Account at Walworth Bank (u) Listed on Amended Schedules | 58.68 | 0.00 | | 0.00 | FA |
| 9 | Preference adversary: Victor Packing (u) Obtained a defualt judgment for $122,000. It has been turned over to collection attorney in California. | 122,000.00 | 122,000.00 | | 6,000.00 | FA |
| 10 | Preference adversary: Mark It Express (u) | 15,000.00 | 15,000.00 | | 6,000.00 | FA |
| 10 | **Assets** Totals (Excluding unknown values) | **$443,649.20** | **$137,000.00** | | **$12,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee filed 2 preference adversaries. Default Judgment obtained against Victor Packing for $122,000 and has been sent to collection attorneys in California. Adversary against Mark It Express continues with next status and Trustee's Motion to Strike Affirmative Defenses scheduled for 3/23/18.

**Initial Projected Date Of Final Report (TFR):** December 15, 2018  **Current Projected Date Of Final Report (TFR):** December 7, 2018 (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 17-05874
**Case Name:** DANIELS MARKETING CORP II

**Taxpayer ID #:** **-***5126
**Period Ending:** 12/07/18

**Trustee:** THOMAS E. SPRINGER (330640)
**Bank Name:** Rabobank, N.A.
**Account:** ******2766 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/11/18 | {10} | Mark It Express LLC | Settlement of preference adversary | 1241-000 | 6,000.00 | | 6,000.00 |
| 05/11/18 | {9} | Victor Packing, Inc. | Settlement of preference adversary | 1241-000 | 6,000.00 | | 12,000.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.50 | 11,988.50 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.66 | 11,971.84 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.36 | 11,953.48 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.76 | 11,935.72 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 9.15 | 11,926.57 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.78 | 11,915.79 |
| 12/05/18 | 101 | Markoff Law, LLC | Special Counsel Attorney fees pursuant to Order entered 11/30/18 | 3210-600 | | 600.00 | 11,315.79 |
| 12/05/18 | 102 | Markoff Law, LLC | Special Counsel Attorney expenses pursuant to Order entered 11/30/18 | 3220-610 | | 22.25 | 11,293.54 |
| 12/05/18 | 103 | Goldsmith & Hull, PC | Special Counsel Attorney expenses pursuant to Order entered 11/30/18 Special Counsel Attorney fees pursuant to Order entered 11/30/18 | 3210-600 | | 1,200.00 | 10,093.54 |
| 12/05/18 | 104 | Goldsmith & Hull, PC | Special Counsel Attorney expenses pursuant to Order entered 11/30/18 | 3220-610 | | 92.00 | 10,001.54 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 12,000.00 | 1,998.46 | $10,001.54 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 12,000.00 | 1,998.46 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $12,000.00 | $1,998.46 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2766 | 12,000.00 | 1,998.46 | 10,001.54 |
| | $12,000.00 | $1,998.46 | $10,001.54 |

{} Asset reference(s)

Printed: 12/07/2018 02:07 PM    V.14.14

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 10, 2017

**Case Number:** 17-05874
**Debtor Name:** DANIELS MARKETING CORP II

Page: 1

**Date:** December 7, 2018
**Time:** 02:08:22 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Markoff Law, LLC<br>29 North Wacker Drive<br>Suite 1010<br>Chicago, IL 60606 | Admin Ch. 7 | | $600.00 | $600.00 | 0.00 |
| 200 | Markoff Law, LLC<br>29 North Wacker Drive<br>Suite 1010<br>Chicago, IL 60606 | Admin Ch. 7 | | $22.25 | $22.25 | 0.00 |
| 200 | Goldsmith & Hull, PC<br>6933 Parthenia Street<br>Suite 110<br>Northridge, CA 91343 | Admin Ch. 7 | | $1,200.00 | $1,200.00 | 0.00 |
| 200 | Goldsmith & Hull, PC<br>6933 Parthenia Street<br>Suite 110<br>Northridge, CA 91343 | Admin Ch. 7 | | $92.00 | $92.00 | 0.00 |
| 200 | Clerk of the US Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Admin Ch. 7 | Adversary filing fees 17-00440 and 17-00442 | $700.00 | $0.00 | 700.00 |
| 210 | THOMAS E. SPRINGER<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $1,950.00 | $0.00 | 1,950.00 |
| ATTYEXP 220 | THOMAS E. SPRINGER<br>SPRINGER BROWN, LLC<br>300 S. County Farm Road ,Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $89.81 | $0.00 | 89.81 |
| ATTYFEES 580 | THOMAS E. SPRINGER<br>SPRINGER BROWN, LLC<br>300 S. County Farm Road ,Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $8,243.50 | $0.00 | 8,243.50 |
| 1 570 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Priority | | $51.70 | $0.00 | 51.70 |
| 2P 570 | Internal Revenue Service<br>Centralized Insolvency Ooperations<br>P.O.Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $1,125.58 | $0.00 | 1,125.58 |
| 2U 610 | Internal Revenue Service<br>Centralized Insolvency Ooperations<br>P.O.Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $500.00 | $0.00 | 500.00 |
| 3 610 | ACAR Leasing LTD dba GM Financial Leasing<br>PO Box 183853<br>Arlington, TX 76096 | Unsecured | | $1,962.18 | $0.00 | 1,962.18 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 10, 2017

**Case Number:** 17-05874  
**Debtor Name:** DANIELS MARKETING CORP II

Page: 2

**Date:** December 7, 2018  
**Time:** 02:08:22 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| << Totals >> | | | | 16,537.02 | 1,914.25 | 14,622.77 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 17-05874
Case Name: DANIELS MARKETING CORP II
Trustee Name: THOMAS E. SPRINGER

**Balance on hand:**  $ 10,001.54

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 10,001.54

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER | 1,950.00 | 0.00 | 1,950.00 |
| Attorney for Trustee, Fees - THOMAS E. SPRINGER | 8,243.50 | 0.00 | 6,084.45 |
| Attorney for Trustee, Expenses - THOMAS E. SPRINGER | 89.81 | 0.00 | 89.81 |
| Charges, U.S. Bankruptcy Court | 700.00 | 0.00 | 700.00 |
| Other Fees: Goldsmith & Hull, PC | 1,200.00 | 1,200.00 | 0.00 |
| Other Expenses: Goldsmith & Hull, PC | 92.00 | 92.00 | 0.00 |
| Other Fees: Markoff Law, LLC | 600.00 | 600.00 | 0.00 |
| Other Expenses: Markoff Law, LLC | 22.25 | 22.25 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 8,824.26
Remaining balance: $ 1,177.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,177.28

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,177.28 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Illinois Department of Employment Security | 51.70 | 0.00 | 51.70 |
| 2P | Internal Revenue Service | 1,125.58 | 0.00 | 1,125.58 |

Total to be paid for priority claims: $ 1,177.28
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,462.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2U | Internal Revenue Service | 500.00 | 0.00 | 0.00 |
| 3 | ACAR Leasing LTD dba GM Financial Leasing | 1,962.18 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

    Total to be paid for subordinated claims: $ 0.00
    Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**