UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **DANIELS MARKETING CORP. II,** | ) | Bankruptcy No. 17-05874 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 15, 2019, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

TIMOTHY M HUGHES
LAVELLE LEGAL SERVICES LTD
501 WEST COLFAX
Palatine, IL 60067

**VIA REGULAR MAIL**

DANIELS MARKETING
CORP II
12765 ROCK CREEK CIRCLE
HUNTLEY, IL 60142

Markoff Law, LLC
29 North Wacker Drive
Suite 1010
Chicago, IL 60606

Internal Revenue Service
Centralized Insolvency
P.O.Box 7346
Philadelphia, PA 19101-7346

Goldsmith & Hull, PC
6933 Parthenia Street
Suite 110
Northridge, CA 91343

Illinois Department of
Employment Security
33 South State Street
Attn: Bankruptcy Unit - 10th flr.
Chicago, IL 60603

ACAR Leasing LTD dba GM
Financial Leasing
PO Box 183853
Arlington, TX 76096

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000